## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CSC HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-04-1101-M |
| | ) | |
| 1. SAM'S ELECTRONICS, INC., d/b/a LALA DIGITAL; | ) | |
| 2. LA HOANG, a/k/a HOANG LA, individually and d/b/a LALA DIGITAL; | ) | |
| 3. JOHN DOES NOS. 1-10; | ) | |
| 4. JANE DOES NOS. 1-10; | ) | |
| 5. UNIDENTIFIED CORPORATIONS NOS. 1-10; and | ) | |
| 6. UNIDENTIFIED BUSINESS ENTITIES NOS. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JUDGMENT</u>

Having found, by separate order issued this same date, that Plaintiff CSC Holdings, Inc. is entitled to judgment by default against Defendants Sam's Electronics, Inc., doing business as LaLa Digital, and La Hoang, also known as Hoang La, individually and doing business as LaLa Digital, the Court hereby enters judgment by default in favor of Plaintiff CSC Holdings, Inc. and against Defendants Sam's Electronics, Inc., doing business as LaLa Digital, and La Hoang, also known as Hoang La, individually and doing business as LaLa Digital, in the total amount of $102,068.71. Having further found, also by separate order issued this same date, that Defendants John Does Nos. 1-10, Jane Does Nos. 1-10, Unidentified Corporations Nos. 1-10, and Unidentified Business Entities Nos. 1-10 should be dismissed from this action without prejudice, the Court hereby DISMISSES Defendants John Does Nos. 1-10, Jane Does Nos. 1-10, Unidentified Corporations Nos. 1-10, and Unidentified Business Entities Nos. 1-10 without prejudice.

This Judgment effectively terminates this action.

**ENTERED at Oklahoma City, Oklahoma this 16th day of May, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE