### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CSC HOLDINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMS' ELECTRONICS, INC., d/b/a )<br>LALA DIGITAL; and LA HOANG a/k/a )<br>HOANG LA, individually and d/b/a )<br>LALA DIGITAL, )<br>)<br>Defendants. ) | Case No. CIV-04-1101-M |

### ORDER

On February 28, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. Magistrate Judge Bacharach recommended that the Court issue a writ of assistance directing the United States Marshal to aid in the acquisition of Defendant La Hoang's ring and computer. The parties were advised of their right to object to the Report and Recommendation by March 20, 2006. A review of the file reveals no objection has been filed.

Upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by Magistrate Judge Bacharach on February 28, 2006;

(2) GRANTS IN PART Plaintiff's Motion for Writ of Assistance [docket no. 96] as to Defendant Hoang La's ring and computer;

(3) DENIES IN PART Plaintiff's Motion for Writ of Assistance [docket no. 96] as to Defendant Hoang La's watch; and

(4)     ORDERS the Clerk of this Court to issue a Writ of Assistance immediately upon the entry and filing hereof and deliver the same to the United States Marshal to execute.

**IT IS SO ORDERED this 8th day of June, 2006.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE